USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CARLTON KNOWLES, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

CONVERSE UNIVERSITY,

        Defendant.

------------------------------------x

No.: 1:23-cv-9410

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), CARLTON KNOWLES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CONVERSE UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       January 12, 2024

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

---

The Clerk of Court is respectfully directed to strike "and all other persons similarly situated" from the case caption. Dismissal with prejudice is only with respect to the named Plaintiff, Carlton Knowles.

SO ORDERED:

*Valerie Caproni*  01/17/2024
United States District Court Judge